With this case has been consolidated in this court cases bearing titles as follows: De Graff & Palmer v. Mayer L. Mayper et al.; Joseph Simon, an Infant, v. Henry L. Preston; Anliss E. Heerman v. Caroline L. C. Payne; Ira Mowery v. Charles F. Pierce et al.; Diedrich Blendermann v. Emma M. Wray; Marcel Prineveau v. Reno R. Billington; John A. Morris v. Wm. H. Woolverton, as President; Abram V. Smith v. Herring-Hall-Marvin Safe Co.; Samuel M. Hodkinson v. Ann Errett et al.; Trust Co. of America. v. Henry Conklin. No opinions. Motions to appeal from Appellate Term denied, with $10 costs. Orders signed. See, also, 115 N. Y. Supp. 204; 62 Misc. Rep. 606, 115 N. Y. Supp. 1081; 119 N. Y. Supp. 164; 65 Misc. Rep. 1, 119 N. Y. Supp. 367; 65 Misc. Rep. 185, 119 N. Y. Supp. 657; 119 N. Y. Supp. 1128.

GUSSAROFF, Respondent, v. COHEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Elias Gussaroff against Ben Cohen, impleaded with others. A. Rosenthal, for appellant. C. A. Houston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HALLOCK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by John L. Hallock against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

HAMELL, Appellant, v. SPOTTSWOOD, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Henry W. Hamell against George Spottswood. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 133 App. Div. 937, 118 N. Y. Supp. 1144.

HAMILTON v. HAMILTON et al. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Schuyler Hamilton against William P. Hamilton, impleaded with others. No opinion. Motion granted. Questions certified. Order filed.

In re HAMMOND. (Supreme Court, Appellate Division, First Department. January 28, 1910.) In the matter of Bridget Hammond, etc. No opinion. Motion denied, with $10 costs. Settle order on notice.

HARRIS, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Carrie Harris, as administratrix, etc., against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS and KRUSE, JJ., dissent.

HARRISON, Appellant, v. ULRICHS, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Lida R. Harrison against Adolph Ulrichs. No opinion. Judgment of the County Court unanimously affirmed, with costs.

HARROWER, Respondent, v. VILLAGE OF EASTWOOD, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by William M. Harrower against the Village of Eastwood. No opinion. Judgment and order affirmed, with costs.

HAVANA CENT. R. CO v. KNICKERBOCKER TRUST CO. KLEINBERG v. SCHWENN. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Actions by the Havana Central Railroad Company against the Knickerbocker Trust Company, and by Louis Kleinberg against John Schwenn. No opinions. Motions granted. Question certified. Orders filed. See, also, 119 N. Y. Supp. 1035.

HAVEMEYER et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Louisine W. Havemeyer and others against the City of New York. G. Glenn, for appellants. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HEDDEN CONST. CO., Respondent, v. PROCTOR & GAMBLE CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by the Hedden Construction Company against the Proctor & Gamble Company and others. No opinion. Judgment modified on reargument, by striking out the allowance of interest, and, as so modified, affirmed, with costs to the appellant, upon the opinion of Rich, J., on the former argument. See, also, 119 N. Y. Supp. 1128.

HEERMAN v. PAYNE. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Anliss E. Heerman against Caroline L. C. Payne. No opinion. Motion for stay denied, with $10 costs. Settle order on notice.

HEIBERGER, Respondent, v. HEIBERGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Martha Heiberger against John Heiberger and another.

PER CURIAM. Judgment affirmed, with costs.

THOMAS, J., not sitting.

HERBERT, Appellant, v. FIX et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Ac-